UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES MENEFEE, individually and on behalf of all others similarly situated | § § § § § § § § § § § | NO. 4:14-cv-02314 |
| Plaintiff, | | |
| v. | | |
| MUDTECH SERVICES, L.P. | | |
| Defendant. | | |

## RULE 16 SCHEDULING ORDER

Anticipated Length of Trial: 7 days     Jury: X    Non-Jury: _____

The disposition of this case will be controlled by the following schedule:

1. January 9, 2015     **MOTION FOR CONDITIONAL CERTIFICATION and/or JOINT STIPULATION AND PROPOSED ORDER REGARDING NOTICE TO POTENTIAL CLASS MEMBERS** shall be filed by this date.

2(a). February 6, 2015     **NEW PARTIES** shall be joined by this date. The Attorney causing the addition of new parties will provide copies of this Order to the new parties.

2(b). March 13, 2015     **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be made by this date. Absent parties' agreement or court approval, answer may not be amended more than 20 days after this date. Answers to amended claims and counterclaims are due within 20 days after amended claims or counterclaims are filed. Any amendments after this date must be accompanied by a motion.

3. July 10, 2015     **EXPERT WITNESSES FOR THE PARTY WITH THE BURDEN OF PROOF** will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.

| | |
|---|---|
| 4. August 7, 2015 | **EXPERT WITNESSES FOR THE OPPOSING PARTY** will be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for it. |
| 5. 9 months after the Court rules on initial certification | **DISCOVERY** must be completed by this date. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under Federal Rules of Civil Procedure to respond until after the deadline. |
| 6. 45 days after the close of discovery | **MOTION FOR DECERTIFICATION** will be filed by this date. |
| 7. 30 days after the Court rules on decertification | **DISPOSITIVE MOTIONS** and **ALL OTHER NON-DISPOSITIVE MOTIONS** (except motions in limine) will be filed by this date. |
| 8. TBD | **JOINT PRETRIAL ORDER** and **MOTIONS *IN LIMINE*** shall be filed on or before this date. |
| 9. TBD | **TRIAL** will begin at 9:00 a.m. |

_____  
Date

_____  
Date

_____  
Date

_____  
Keith P. Ellison  
United States District Judge

*Rex Burch w/p S. Morton*  
Counsel for Plaintiff(s)

*[signature]*  
Counsel for Defendant

2