# CONSULTANT INVOICE INFORMATION

**Email the completed Invoice Template to**
sterranova@mudtechservices

| | |
|---|---|
| Name | Randy Benzon Jr |
| Street Address | |
| City, State, Zip Code | **Redacted** |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | September 29, 2013 |
| Invoice Number | 1 |

| | |
|---|---|
| Operator | Samson Oil & Gas USA Inc |
| Billing Operator | Marquis Alliance |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | TCR Des Moines Federal 31-21 43-76BH |
| Location | S.21, T.43N, R.76W |
| County/Parish/State/Country | Campbell, Wyoming, USA |
| AFE Number | 2.01305E+11 |
| Work Order Number | 9/29/2013 |
| Dates Worked | 9/19/2013    9/24/2013 |
| Date & Time Arrived Location/Rig | 9/18/2013, 8:30pm, Nabors M16 |
| Date & Time Departed Location/Rig | 9/24/2013, 1:00pm, Nabors M16 |

| Travel Day Billing This Pay Period | To The Rig | Wednesday, September 18, 2013 |
|---|---|---|
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 6 | $ 400.00 |
| Training Day | | $ - |
| Stand- By Rate | | $ - |
| Travel Day | 1 | $ 400.00 |
| Mileage | | $ - |
| Per Diem | 6 | $ 35.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - Samson Oil & Gas USA | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

**Exhibit B**

# CONSULTANT INVOICE INFORMATION

| | |
|---|---|
| Email the completed Invoice Template to sterranova@mudtechservices | |

| | |
|---|---|
| Name | Byron Lopez |
| Street Address | |
| City, State, Zip Code | Redacted |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | August 31, 2013 |
| Invoice Number | 6 |

| | |
|---|---|
| Operator | BHP Billiton Petroleum Inc. |
| Billing Operator | Halliburton |
| Job Type (Land / Offshore) | Land/ H&P 503 |
| Well Name & Number | Hansen B-2H |
| Location | Westhoff |
| County/Parish/State/Country | Dewitt, Texas, USA |
| AFE Number | 11DC111273 |
| Work Order Number | |

| | | | |
|---|---|---|---|
| Dates Worked | | 8/30/2013 | 8/31/2013 |
| Date & Time Arrived Location/Rig | | 8/30/2013 3:00am | |
| Date & Time Departed Location/Rig | | | |
| Travel Day Billing This Pay Period | To The Rig | | |
| | Back Home | | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 3.00 | $350 |
| Training Day | | $ - |
| Stand- By Rate | | $ - |
| Travel Day | | |
| Mileage | 383 | $ 0.55 |
| Per Diem | | $ - |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - BHP Billiton Petroleum In | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
sterranova@mudtechservices

| | |
|---|---|
| Name | CRAIG LYNN SAVAGE |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | Redacted |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | September 28, 2014 |
| Invoice Number | 7 |

| | | |
|---|---|---|
| Operator | SLAWSON | |
| Billing Operator | HALLIBURTON | |
| Job Type (Land / Offshore) | LAND | |
| Well Name & Number | REVOLVER 7-35 TFH | |
| Location | NEW TOWN NORTH DAKOTA | |
| County/Parish/State/Country | | |
| AFE Number | | |
| Work Order Number | | |
| Dates Worked | 9/15/2014 | 9/19/2014 |
| Date & Time Arrived Location/Rig | 9/15/2014 4:00PM | |
| Date & Time Departed Location/Rig | 9/19/2014 - 6:00PM | |
| Travel Day Billing This Pay Period | To The Rig | |
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 5 DAYS | $ 400.00 |
| Training Day | | $ - |
| Stand- By Rate | | $ - |
| Travel Day | | $ - |
| Mileage | | $ - |
| Per Diem | 5 DAYS | $ 35.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - SLAWSON | | |
| Flight | 2 BAGS | $ 65.00 |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341