# Exhibit 37

Message

| | |
|---|---|
| **From**: | Antoinette Nairn [threvnet@hotmail.com] |
| **Sent**: | 6/3/2013 6:12:41 PM |
| **To**: | Sarah Terranova [sterranova@mudtechservices.com] |
| **Subject**: | TONY COX |
| **Attachments**: | MudTech Consultant Invoice.xls; Tony Cox Mileage Log.xlsx; Round Trip to & from out of Town.pdf; Round Trip to & from Job site.pdf; Receipt from Hotel for office.pdf |

I do apologize for any inconvenience.

Thank you.

---

From: sterranova@mudtechservices.com
CC: BStavinoha@mudtechservices.com
Subject: FW: Your booking at Royal Inn Pearsall
Date: Thu, 30 May 2013 20:31:05 +0000

Please see below for your hotel confirmation.
Thank You,
Sarah Terranova
MudTech Services
1030 Regional Park Drive
Houston, TX 77060
O) (713) 904-7567
C) (832) 527-7851
F) (281) 951-4341

**From:** Carl Carreira [mailto:Carl.Carreira@atpi.com]
**Sent:** Thursday, May 30, 2013 3:27 PM
**To:** Sarah Terranova
**Cc:** Bill Stavinoha
**Subject:** Your booking at Royal Inn Pearsall

Hello Sarah.

Below is the confirmation for Tony Cox and Robert White's stay at the Royal Inn Pearsall. The property is nowhere in the GDS; therefore, I went through Booking.com to get it taken care of. I will be sending the hotel the credit card authorization information once I complete Cody's booking as he is leaving tomorrow.

Should you have any questions, please do not hesitate to let me know.

Have a great afternoon.

**Reservation modification**

**Here is your modified reservation.**



ROYAL INN - PEARSALL
P.O.BOX 793 - 1903 W. COMAL STREET
PEARSALL, TEXAS 78061
WEBSITE: BOOKING.COM
PHONE: 830-334-8901 FAX: 830-334-3730
EMAIL: royalinnpearsall@yahoo.com

106

TONY COX Guest #109544

Room: 106 QUEEN 2 BEDS N/S
Daily Rate: 99.00 + Tax
Check-in: 06/02/13 3:00pm   Out: 06/07/13 10:26am   Nights: 5   Guests: 1/0

| Date | CHARGES | | | | | PAYMENT | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Room | Phone | Misc. | Tax | Total | Credit | Cash | Bill | Total | |
| 06/02/13 | 99.00 | 0.00 | 0.00 | 12.87 | 111.87 | 0.00 | 0.00 | 0.00 | 0.00 | 111.87 |
| 06/03/13 | 99.00 | 0.00 | 0.00 | 12.87 | 111.87 | 0.00 | 0.00 | 0.00 | 0.00 | 223.74 |
| 06/04/13 | 99.00 | 0.00 | 0.00 | 12.87 | 111.87 | 0.00 | 0.00 | 0.00 | 0.00 | 335.61 |
| 06/05/13 | 99.00 | 0.00 | 0.00 | 12.87 | 111.87 | 0.00 | 0.00 | 0.00 | 0.00 | 447.48 |
| 06/06/13 | 99.00 | 0.00 | 0.00 | 12.87 | 111.87 | 559.35AX | 0.00 | 0.00 | 559.35 | 0.00 |
| TOTAL | 495.00 | 0.00 | 0.00 | 64.35 | 559.35 | 559.35 | 0.00 | 0.00 | 559.35 | 0.00 |

(Taxes - CITY TAX: $34.65, STATE TAX: $29.70)

AMOUNT TENDERED : $559.35 American Exp.
TOTAL: $559.35
CHANGE : $0.00

Check-out time: 11:00am   Check-in time: 1:00pm

THANK YOU, COME AGAIN!

Guest Signature: _____

```
          444210717880
              ROYAL INN
         1903 WEST COMAL STREET
           PEARSALL, TX 78061
              830-334-8901

TERMINAL I.D.:              07178800

AMEX                        CLK: 1
XXXXXXXXXXX                    *
CHK-OUT
BATCH: 000742  FOLIO: 105106
DATE: JUN 07, 13    TIME: 07:44:17
AUTH NO: 102463
INV: 6307
                         LAUTH: 102463
CHECK-IN: 06/03/13
CHECK-OUT: 06/07/13

TOTAL              $559.35

LODGING         01


X--------------------------------
   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   (MERCHANT AGREEMENT IF CREDIT VOUCHER)

        ***CUSTOMER COPY***
```

7% CITY TAX
         > = 13% TAX
6% STATE TAX

THE MANAGEMENT ASSUMES NO RESPONSIBILITY FOR ACCIDENTS, INJURIES, THEFT OR LOSS DUE TO ANY CAUSE. THANK YOU FOR STAYING HERE. WE HOPE YOU HAVE ENJOYED YOUR STAY. PLEASE CALL AGAIN ANY TIME TO MAKE RESERVATIONS HERE.