EXHIBIT 49

| | |
|---|---|
| **From**: | mark wrght [mwright7778@yahoo.com] |
| **Sent**: | 9/30/2014 11:05:03 AM |
| **To**: | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| **Subject**: | Re: Here We Go Again |

Dear sir,

  I have read the email.

Regards

Mark Wright

On Tuesday, September 30, 2014 8:58 AM, Bill Stavinoha <BStavinoha@mudtechservices.com> wrote:

**From:** Bill Stavinoha
**Sent:** Tuesday, September 23, 2014 10:40 AM
**To:** Sarah Terranova (sterranova@mudtechservices.com); Tyler Cherry; Ross Johnson
**Cc:** Jerry Hancock (Mudtech)
**Subject:** Here We Go Again

Guys,

Once again it is time for an update.  There are things that are STILL happening and they have got to stop.  **I need an email from each of you stating you read this prior to your next invoice being processed.  I have sent too many of these without responses from some of you so I have gotten permission from our President Jerry Hancock to start holding invoices until you have read this email.**

On your invoices, we are trying to process them faster than the 5 business days we have noted.  We have added a consultant coordinator, Ross Johnson, to assist in speeding up the process.  All invoices should now be sent to mtsinvoice@mudtechservices.com as this will give you an email confirmation that the email was received.

Some of you are still not filling out invoices correctly and surprisingly it is some of our older hands that should know better.  Please fill out billing operators, the service company you are working for (Halliburton, Schlumberger, etc.).  Fill in operators, the company the rig is working for (Chesapeake, Chevron, etc.).  Dates worked make sure these dates are for the hitch you worked and fill out the time sheet as well.  If you are charging mileage there HAS to be a mileage log.  If there is no mileage log we cannot invoice our customers and therefore not pay you.  Receipts are the same way.  Your invoices cannot be processed without rental and hotel receipts.  If you have reimbursable receipts then you must also fill out an expense form.  All of these things are on the invoice template.  Some of you have worked over your 12 hours and been granted additional days paid.  Any time you do this we need an email from the field supervisor stating that he is paying you that additional time prior to processing that time as we cannot go back and revise it.

We are still getting a lot of requests for advances.  There will be no more advances.  If you do not have the funds to accept an assignment, this means enough money to buy gas and food and baggage charges, then please just let us know and we will find someone else for the spot.  NO EXCEPTIONS.