# Exhibit 50

Message

| | |
|---|---|
| From: | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| Sent: | 4/19/2013 1:25:23 PM |
| To: | msatter85@gmail.com; jaywillburnett@gmail.com; acwilder@aol.com; joel-mata@live.com; bob.watson_rts@yahoo.com; jamescaddell71@yahoo.com; tommyhjones@gmail.com; rickygil94@yahoo.com; calum_wolfe@yahoo.com; davidcason02@gmail.com; dww_2218@yahoo.com; keithholt97@yahoo.com; gavins_mommie08@yahoo.com; bbatten54@aol.com; bdwtex@yahoo.com; brianpippin36@gmail.com; halstead2011@gmail.com; blade9edge@msn.com; davebrinckman@gmail.com; varnerk2012@gmail.com; nplankenhorn@gmail.com; box.joshua@yahoo.com; mikeneely25@yahoo.com |
| CC: | Sarah Terranova [sterranova@mudtechservices.com]; Jerry Hancock (Mudtech) [JHancock@mudtechservices.com] |
| Subject: | Invoicing and Other Issues |

Guys,

Sarah has informed me of a few invoicing issues that I feel need to be addressed. I need for you guys to understand these things moving forward as we are just too busy to do this for you and it is truly your responsibility to do them. Please remember that while we try and be as supportive as we can, there are only two of us and several of you.

The invoices should contain all of the following:

-Name
-Address
-Phone Number
-Email Address
-Operator (the company the rig is drilling for example Chesapeake, BP, etc.)
-Billing Operator (the company we sent you to work for example MI Swaco, Halliburton, Baker etc.)
-Job Type (Land, Barge or Offshore)
-Well Name and Number
-Location (nearest town or city or port that you left from if offshore)
-County/Parish/State
-Dates Worked (first box is when you arrive and second box is when you leave)
-Date and time arrived and departed
-Number of days worked and day rate
-Mileage if any
-Time sheets and mileage logs need to accompany the invoice when sent in. Mileage will not be paid without a log.

All invoices received moving forward without this information will be rejected and not paid until filled out correctly. It is your responsibility to complete the invoice and have it sent to us on time. Please note if you are on more than one rig during an invoice cycle we will need one invoice per rig. All invoices need to be emailed to Sarah (sterranova@mudtechservices.com) and copy me (bstavinoha@mudtechservices.com).

If you have expenses that need to be paid the receipts must be with the invoice and the expense statement needs to be filled out entirely. If you don't send in the receipts we cannot pay the expenses. Digital pictures are not acceptable for a receipt. They should be scanned or faxed.

When we book a hotel or rental car for you when you check out or turn in the car you need to get a receipt and send them in to us. We try very hard to make this as easy on you as possible by assuming the upfront cost, but we need your

help in getting the receipts so we can bill our customers.  If you don't get a receipt or fail to check out we will have no choice but to deduct it from your pay.

We have had a lot of calls at odd hours for different issues.  I want to address what is an acceptable reason to call either Sarah or myself after office hours.  If you have a travel problem, family emergency, or any issue requiring you to leave the rig please feel free to call anytime.  Always try me first after hours.  Questions about invoices or paychecks or if I have work available need to be limited to Monday through Friday 8 a.m. to 5 p.m.  I also have a few issues with the way some things have been communicated to us.  **Please remember that Sarah is a lady and the tone and language needs to be fitting of speaking to a lady.  I know we all work in the oilfield and swearing is part of our everyday life on the rigs, but she handles your pay and travel and needs to be respected.  I will not tolerate her being spoken to in a disrespectful manner.  There needs to be a certain level of professionalism adhered to when addressing Sarah or myself.**

**If you are already doing all these things then please take this as a thank you for a job well done and if you aren't start doing this now.**

We are glad all of you are part of the MudTech team and look forward to working with you guys for a long time.


Regards,

Bill Stavinoha
U.S. Operations Manager
MudTech Services Environmental Services Group
Oilfield Technical Advisors Environmental Services Group
(713) 904-7566 office
(281) 951-4341 fax
(281) 639-5986 cell
bstavinoha@mudtechservices.com