EXHIBIT 53

Message

| | |
|---|---|
| **From**: | Tyler Cherry [TCherry@mudtechservices.com] |
| **Sent**: | 8/21/2014 9:13:19 AM |
| **To**: | Ted Birklid [tedbirklid@gmail.com]; Sarah Terranova [sterranova@mudtechservices.com] |
| **Subject**: | RE: Time and mileage, 08/06-19/14 |

Ted,

We received your submitted invoice. However, we do not accept pictures of invoices. This needs to be scanned and emailed or you can fax it to us.

Let me know if you have any additional questions.
Thanks for your hard work.

Tyler W. Cherry
Business Development/Sales
MudTech Services
Oilfield Technical Advisors
1030 Regional Park Drive
Houston, TX 77060
(M) 281-435-6344
(O) 713-496-3536
(F) 281-809-4626
www.mudtechservices.com

-----Original Message-----
From: Ted Birklid [mailto:tedbirklid@gmail.com]
Sent: Wednesday, August 20, 2014 11:40 PM
To: Tyler Cherry; Sarah Terranova
Subject: Time and mileage, 08/06-19/14

Please send a confirmation email that all three pictures came through OK

Thanks,
Ted

MudTech [Menefee] 00003646