# EXHIBIT 54

| | |
|---|---|
| **From:** | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| **Sent:** | 11/12/2013 3:42:03 PM |
| **To:** | Jerry Hancock (Mudtech) [JHancock@mudtechservices.com] |
| **CC:** | Sarah Terranova [sterranova@mudtechservices.com]; Tyler Cherry [TCherry@mudtechservices.com] |
| **Subject:** | New Fax Number and Same Old Issues |
| **Attachments:** | Invoice Template.zip; MUD 2014 Pay Schedule.doc |

Guys,

First off, let me thank all of you for the great jobs you are doing on the various jobs you are out on. Secondly, we wanted to inform you all that we have a new fax number. Please see my signature line below.

There are a few topics that need to be gone over again;

• Please see the attached invoice template and mileage log. These ***MUST*** be completed entirely in order to be paid for your invoice. If you are submitting mileage, a mileage log must accompany your invoice and the mileage must be listed on the front page. Timesheets must be filled out and the dates (and days worked) must be on the front page. Please make sure you are sending your invoices and receipts to Sarah @ STerranova@mudtechservices, ***DO NOT*** send them to Sandy.

• Invoices must be received by the 18th (1st through the 15th) and the 3rd ( 16th through the end of the month). If it is received after these deadlines it will not be processed until the following pay cycle.

• ***Under no circumstances*** are you to try to contact Debbie. She has no part of the invoicing process and cannot answer any questions you may have. **ALL** questions should be directed to Tyler, Sarah or myself.

• We try our best to respond to everyone's calls and emails in a timely fashion. Calling repeatedly over and over is unacceptable. We currently have 91 of you guys working and it is extremely demanding on our time so please be patient.

• Please ensure you have a working voicemail so that we can leave messages about potential jobs.

Regards,

Bill Stavinoha

Operations Manager

MudTech Services

Oilfield Technical Advisors

Office: (713) 904-7566

Cell: (281) 639-5986

Fax: (281) 809-4626

1030 Regional Park Dr.

Houston, TX 77060

Confidential