EXHIBIT 55

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
mudtechinvoices@mudtechservices.com

| | |
|---|---|
| Name | Damon King |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | kingda777@yahoo.com |
| Date | July 7, 2015 |
| Invoice Number | 52 |
| Operator | Cactus 152 |
| Billing Operator | Haliburton |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | FSB 1H-26X |
| Location | El Reno, OK |
| County/Parish/State/Country | King Fisher County |
| AFE Number | |
| Work Order Number | n/a |
| Dates Worked | 2015,06/24/2015,0622( |
| Date & Time Arrived Location/Rig | Monday, June 22, 2015 |
| Date & Time Departed Location/Rig | Friday, June 26, 2015 |
| Travel Day Billing / To The Rig | Monday, June 22, 2015 |
| This Pay Period / Back Home | Friday, June 26, 2015 |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 4 | $ 260.00 |
| Training Day | | $ - |
| Stand- By Rate | | $ - |
| Travel Day | | |
| Mileage | 1224 | $ 0.57 |
| Per Diem | | |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |

Re-Bill - Cactus 152

| | | |
|---|---|---|
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

# MUDTECHSERVICES

1039 Regional Park Drive – Houston, Texas 77060-3497
Phone: (281) 951-4356 – Fax (281) 951-4341

## Engineer Ticket

## INVOICE

**Consultant Name:** Damon King
**Consultant Address:**

**Telephone Number:**
**Social Security #:**

| | | Date | Number |
|---|---|---|---|
| **MTS Operator** | Well Name & No. | 7-Jul-15 | 52 |
| Cactus 152 | FSB 1H-28X | | |
| **Billing Operator** | Location | County/Parish/State/Country | Job Type |
| Halliburton | El Reno, OK | King Fisher County | Land |
| **AFE Number** | Work Order / Routing Code Number | Dates Worked | |
| | n/a | 06/22/2015,06/23/2015,06/24/2015,06/25/ 2015,06/26/2015 | |

| Date & Time Arrived Location/Rig | Date & Time Departed Location/Rig |
|---|---|
| Monday, June 22, 2015 | Friday, June 26, 2015 |

| DESCRIPTION | | | | | TOTAL |
|---|---|---|---|---|---|
| Number of Days Worked | 4 | x | $260.00 | / Per Day | $1,040.00 |
| Training Day | | x | $0.00 | / Per Day | #VALUE! |
| Stand- By Rate | 0 | x | $0.00 | / Per Day | $0.00 |
| Travel Day | | x | | / Per Day | #VALUE! |
| Mileage | 1224 | Miles @ | $0.57 | | $697.68 |
| Per Diem | | Days @ | | | #VALUE! |
| Cell Phone | 0 | Days @ | $0.00 | | $0.00 |
| Computer w/Printer | 0 | Days @ | $0.00 | | $0.00 |
| Mud Kit | 0 | Days @ | $0.00 | | $0.00 |
| Other Equipment | 0 | Days @ | $0.00 | | $0.00 |
| Bonus | 0 | | $0.00 | | $0.00 |

### Re-Bill - Cactus 152

| | | | | |
|---|---|---|---|---|
| | Flight | 0 | @ | $0.00 |
| | Hotel | 0 | @ | $0.00 |
| | Rental Car | 0 | @ | $0.00 |

| Expenses* | SEE ATTACHED EXPENSE STATEMENT | | | $ | - |
|---|---|---|---|---|---|
| | | | Total Invoice / Expenses | | #VALUE! |
| | | | Credit Statement | | $0.00 |
| | | | Total Invoice Expenses/Credits | | #VALUE! |

Mud Tech Services
Phone: (281) 951-4356 – Fax (281) 951-4341

# MUDTECHSERVICES

## TIME SHEET

| EMPLOYEE NAME | Damon King |
| --- | --- |
| DATE PREPARED | 7-Jul-15 |
| OPERATOR | Cactus 152 |
| MONTH OF: | Oct-14 |

| SIGNATURE | Damon King (signature on file) |
| --- | --- |
| BILLING OPERATOR | Halliburton |

| DAYS | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | A/W | W | W | W | W/L | | | | | |
| LOCATION | 0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LEGEND:
A = ARRIVED LOCATION
L = LEFT LOCATION
W = WORKED

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

# MudTechSERVICES

## EXPENSE STATEMENT

**INVOICE NO.** 52

**NAME:** Damon King
**Dates Worked:** 12/11/2014-12/25/2014

**OPERATOR:** Cactus 152
**LOCATION:** King Fisher County

| DATE | Lodging | Air Fare | Non Per Diem Meals | Rental Car | Cab Fare/Parking | Misc. | REMARKS |
|------|---------|----------|--------------------|------------|------------------|-------|---------|
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Receipts are required for all expenses on this page.
Please email receipts to scasey@mudtechservices.com
or fax receipts to (281) 951-4341.

*Damon King* (signature on file)

NAME - SIGNATURE

| | |
|---|---|
| Lodging | $0.00 |
| Air Fare | $0.00 |
| Non Per Diem Meals | $0.00 |
| Rental Car | $0.00 |
| Cab Fare/Parking | $0.00 |
| Misc. | $0.00 |
| TOTAL EXPENSES | $0.00 |

# Mud**Tech**Services

## CREDIT STATEMENT

**INVOICE NO.** 52

**NAME:** Damon King
**Dates Worked:** #REF!

**OPERATOR:** Cactus 152
**LOCATION:** King Fisher County

| DATE | Unauthorized Hotel Expenses | Unauthorized Air Fare | Non Per Diem Meals | Unauthorized Rental Car | Cab Fare/Parking | Unauthorized Misc. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| | |
|---|---|
| Authorized Hotel Expenses | $0.00 |
| Unauthorized Air Fare | $0.00 |
| Non Per Diem Meals | $0.00 |
| Unauthorized Rental Car | $0.00 |
| Cab Fare/Parking | $0.00 |
| Unauthorized Misc. | $0.00 |
| TOTAL EXPENSES | $0.00 |