# Exhibit 59

| | |
|---|---|
| Message | |
| **From**: | Bob Watson [bob.watson_rts@yahoo.com] |
| **Sent**: | 1/20/2014 11:57:49 AM |
| **To**: | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| **Subject**: | Re: MI Policies |

Bob Watson has read and understands the above email

**This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution, copying or other use of this communication or its substance is prohibited. If you have received this communication in error, please return to the sender and delete from your computer system.**

Sent from my iPhone

On Jan 20, 2014, at 10:13 AM, Bill Stavinoha <BStavinoha@mudtechservices.com> wrote:

Guys,

We are still having some issues with MI NE protocol's being followed.  I know some of you aren't happy about the amount of time that you are getting paid.  We aren't happy that we are having to still chase down issues that causes us delays in paying you.  We don't want to keep you from being paid, but we have to be able to be paid also.  So I am sending yet ANOTHER email trying to help us all avoid these problems.

<!--[if !supportLists]-->
<!--[endif]-->

If you are local and do not notify Sarah of you starting a hitch and we don't obtain a PO MI has told us they will no longer be paying these invoices.  We have had to go back and ask for entirely too many back dated PO's and they have told us they will not pay them any longer.
<!--[if !supportLists]-->
<!--[endif]-->

If you work longer than the 14 days Sarah needs to be notified so that we can not only extend hotels and rentals, but a new PO needs to be issued.
<!--[if !supportLists]-->
<!--[endif]-->

If you are charging mileage then you must submit a detailed mileage log with your invoices.  The mileage log should match the number of miles and have a daily breakdown of the reason for the miles.
<!--[if !supportLists]-->
<!--[endif]-->

When you send in your invoices or if you have a question about something on your invoice then it is up to you to call or email and ask.  As much as we would like to send email confirmations or call about problems there are just too many of you.
<!--[if !supportLists]-->
<!--[endif]-->

If you have issues with someone here at the office and the way you are dealt with, please feel free to contact me at any time. Condescending and confrontational emails to Sarah or Tyler will not be tolerated. I am the one who approves all pay and therefore all questions or comments should be directed at me. Sarah and Tyler are only processing what I approve for your invoices and I am going by MI guidelines and MudTech policies.

As always, if you are doing all these things please keep up the good work, and if not please start immediately. Please let me know you have read and understand this entire email.

Regards,

Bill Stavinoha
Operations Manager
MudTech Services
Oilfield Technical Advisors
Office: (713) 904-7566
Cell: (281) 639-5986
Fax: (281) 809-4626
1030 Regional Park Dr.
Houston, TX 77060