EXHIBIT 60

| | |
|---|---|
| **From**: | b83colts@yahoo.com [b83colts@yahoo.com] |
| **Sent**: | 7/11/2013 4:29:11 PM |
| **To**: | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| **Subject**: | Re: Last Time |

Read and understand. From Stephen LaFosse sr

Sent from my iPhone

On Jul 11, 2013, at 4:46 PM, Bill Stavinoha <BStavinoha@mudtechservices.com> wrote:

Guys,

It is very concerning that I am having to send **ANOTHER** email addressing the **SAME** issues. I need for each of you to understand that from today forward if we have not received your invoices by the 3rd or 18th you will not be paid until the following billing cycle. All invoices must include: OPERATOR (the energy company the company man works for), WELL NAME (can be found out from the company man) and LOCATION (the closest town to where you are working). If we don't receive all receipts for the invoice cycle (hotels, rental cars, or expenses) you WILL NOT be paid. If we don't receive mileage logs we will process your invoice and not pay you mileage. If you get paid mileage you don't get paid for your gas. We don't pay mileage for anything except going to work or to and from your hotel if you are not staying on location. We simply have too many of you guys out to continue to have to run behind you and check for and get these items. It is **YOUR** responsibility to make sure we have all documents needed to process your invoice. I hate that I have to harp on this, but I was a consultant for this company also and if I can do it so can you. We pay you guys before we are even paid which is not typical of a consulting firm, so I don't feel as though we are asking too much of you to provide these things. Pictures of these items will not be accepted as receipts from this point forward.

We are still having problems with how some of you guys are addressing Sarah, Tyler and myself. If you can't use our names as we do for you we will end the conversation immediately. I have told both Sarah and Tyler that this is no longer going to be tolerated. I don't think it is too much to ask to not be called homie, dude, pal, chief, bubba, brother, cousin or calling Sarah chick, honey or baby.

We do our very best to find you guys work and keep you busy, but once you get to the rig it is up to you to stay working. If you are run off and they don't allow me to put you back out my hands are tied. If you work for Halliburton South Texas and get run off or leave the rig and drive home without being released by Tyler, Van or myself you will not be paid mileage home. Do not **EVER** leave location without clearing it with the company man or the supervisor of your rig. MudTech policy is from the time you leave your house until the time you return home **NO** alcohol. I truly want you guys to understand that while we have the work it is up to each of you to keep the work! If you go out and do a poor job and make us look bad and we lose the account none of us will have a job.

When traveling our policy is to be at the airport 2 hours prior to your flight. Missing your flight due to being late will result in us deducting the change fee from your invoice. It is unacceptable when you are working and have been given a time to be on location and are late/ miss the safety meeting for ANY reason.

As always if you are doing all these things please keep up the good work, if not please start immediately! **Please respond to this email and let me know you read it and understand!**


Regards,

Bill Stavinoha
U.S. Operations Manager
MudTech Services Environmental Services Group
Oilfield Technical Advisors Environmental Services Group
(713) 904-7566 office
(281) 951-4341 fax
(281) 639-5986 cell
bstavinoha@mudtechservices.com