EXHIBIT 67

| Message | |
|---|---|
| From: | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| Sent: | 3/1/2012 10:49:43 AM |
| To: | londow67@live.com; Chad Barfield [chad.barfield@yahoo.com]; James Caddell [jamescaddell71@msn.com]; jamesmenefee@yahoo.com; timothypayton19@yahoo.com; blade9edge@msn.com; Frank Tenorio [ftenorio69@yahoo.com]; david rolle [davidrolle@mail.com]; Keith Holt [keithholt97@yahoo.com]; kckramer27@live.com |
| CC: | Jerry Hancock (Mudtech) [JHancock@mudtechservices.com]; Sarah Terranova [sterranova@mudtechservices.com] |
| Subject: | Rental Cars and Hotels |

Gentlemen,

We have received a few charges from Hertz for clean up on rental vehicles.  We have an excellent relationship with Hertz and they have been very lenient with us so far, but have been told that they are consistently getting worse until they had no choice, but to charge us in some cases.  These are charges that cannot be billed to the customer and will be deducted form your invoices.  We are providing rental cars and hotels at no out of pocket cost to you.  In return they need to be taken care of and returned or left in a similar condition to when you got them.  I understand the snow and rain and mud associated with the rig roads.  But the inside should be relatively clean and free of trash.  As for the hotel rooms, if you are caught smoking in a non-smoking room and we are charged the $250 charge this will also be deducted from your invoice.  Any movies that may appear on the bill will also be deducted.

I am not trying to be difficult, but these are charges that cannot be direct billed to our customers.  You guys are all doing a great job and I truly appreciate your hard work.


Regards,


Bill Stavinoha

Operations Manager

MudTech Services Environmental Services Group

1030 Regional Park Dr.

Houston, Tx. 77060

(281) 951-4356 office

(281) 951-4341 fax

(713) 469-0306 cell

bstavinoha@mudtechservices.com