UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES MENEFEE, individually and on behalf of all others similarly situated | § § § | |
| Plaintiff, | § § | NO. 4:14-cv-02314 |
| vs. | § § | |
| MUDTECH SERVICES, L.P. | § § | |
| Defendant. | § § | |

DEFENDANT MUDTECH SERVICES, LP'S PRETRIAL DISCLOSURES

Defendant MudTech Services, L.P. (MudTech) provides the following Pretrial

Disclosures as required by Rule 26(a)(3) of the Federal Rules of Civil Procedure, as follows:

A.     The name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises.

RESPONSE:

| | | |
|---|---|---|
| 1.  William Stavinoha | 13.  Ubaldo Fernandez | 34.  Kevan McLaughlin |
| 2.  Jerry Hancock | 14.  Richard Gil | 35.  Isaac McZeal |
| 3.  Douglas McFarland | 15.  Justin Gordon | 36.  James Menefee |
| 4.  Sarah Terranova | 16.  Dwayne Hebert | 37.  Steven Oliver |
| 5.  Sandra Casey | 17.  Norman Hebert | 38.  Nathan Plankenhorn |
| 6.  Randy Benzon | 18.  Jonathon Holloway | 39.  Bobby Roszell |
| 7.  Theodore Birklid | 19.  Jason Kavarie | 40.  Aaron Stewart |
| 8.  Joshua Box | 20.  Damon King | 41.  Travis Trahan |
| 9.  Eugene Broussard | 30.  Stephen LaFosse | 42.  Juan Villareal |

| | | |
|---|---|---|
| 10.  Tony Cox | 31.  Byron Lopez | 43.  Derrick Williams |
| 11.  Jeffery Edwards | 32.  Jonathan Lopez | 44.  Calum Lee Wolfe |
| 12.  Steve Estrada | 33.  Leo Paul Malveaux | 45.  Mark Wright |

B.      The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

RESPONSE:

MudTech expects to present Roy Keezel's testimony by deposition.  To the extent they are unavailable to testify, MudTech expects to present deposition testimony of:

| | | |
|---|---|---|
| 1.  James Menefee | | 8.  Leo Malveaux |
| 2.  Tony Cox | | 9.  Theodore Birklid |
| 3.  Dwayne Hebert | | 10.  Travis Trahan |
| 4.  Ubaldo Fernandez | | 11.  Douglas McFarland |
| 5.  Derrick Williams | | 12.  Jerry Hancock |
| 6.  Richard Gil | | 13.  Bill Stavinoha |
| 7.  Stephen LaFosse | | 14.  Leo Malveaux |

C.      An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises.

| | Description | Depo Ex. |
|---|---|---|
| 1. | Transcript of Deposition of James Menefee | |
| 2. | Transcript of Deposition of Tony Cox | |
| 3. | Transcript of Deposition of Dwayne Hebert | |
| 4. | Transcript of Deposition of Ubaldo Fernandez | |

| | Description | Depo Ex. |
|---|---|---|
| 5. | Transcript of Deposition of Derrick Williams | |
| 6. | Transcript of Deposition of Richard Gil | |
| 7. | Transcript of Deposition of Stephen LaFosse | |
| 8. | Transcript of Deposition of Leo Malveaux | |
| 9. | Transcript of Deposition of Theodore Birklid | |
| 10. | Transcript of Deposition of Travis Trahan | |
| 11. | Transcript of Deposition of Douglas McFarland | |
| 12. | Transcript of Deposition of Jerry Hancock | |
| 13. | Transcript of Deposition of Bill Stavinoha | |
| 14. | Transcript of Deposition of Leo Malveaux | |
| 15. | Transcript of Deposition of Roy Keezel | |
| 16. | All tax returns received from Plaintiffs | |
| 17. | All resumes from Plaintiffs | |
| 18. | E-mails between Plaintiffs and MudTech or its Clients | |
| 19. | Plaintiffs' Invoices to MudTech | |
| 20. | Consent to Become a Party Plaintiff | Birklid 1 |
| 21. | Plaintiff Theodore Birklid's Objections  and Answers to Defendant Mudtech Services, L.P.'s First Set of Requests for Production | Birklid 2 |
| 22. | E-mail from Tyler Cherry to Ted Birklid with attached documents | Birklid 3 |
| 23. | Consultant Agreement | Birklid 4 |
| 24. | Form W-9 (of Theodore Birklid) | Birklid 5 |
| 25. | E-mail from Tyler Cherry and Ted Birklid | Birklid 6 |
| 26. | Consultant Information Form | Birklid 8 |

| | Description | Depo Ex. |
|---|---|---|
| 27. | Vendor Activities | Birklid 9 |
| 28. | Certifications, driver's license | Birklid 10 |
| 29. | 2014 Tax Return (of Theodore Birklid) | Birklid 11 |
| 30. | Resume (of Theodore Birklid) | Birklid 12 |
| 31. | Consent to Become a Party Plaintiff | Cox 1 |
| 32. | May 16, 2013 e-mail to Bill Stavinoha, Subject: Resume (MudTech [Menefee] 00003950 - 3953) | Cox 2 |
| 33. | May 17, 2013 e-mail from Bill Stavinoha, Subject: Resume, with attached documents  (MudTech [Menefee] 00003910 - 3934) | Cox 3 |
| 34. | Personal and Confidential Incorporated/ Entity Consultant Agreement (MudTech [Menefee] 000021 - 24) | Cox 4 |
| 35. | W-9, Request for Taxpayer Identification Number and Certification, 5-17-13 (MudTech [Menefee] 000041) | Cox 5 |
| 36. | Billing Procedures, 5-17-13 (MudTech [Menefee] 000025) | Cox 6 |
| 37. | Texas Department of Insurance, Division of Workers' Compensation, Agreement Between  General Contractor and subcontractor to Establish Independent Relationship, 5-17-13 (MudTech [Menefee] 000037) | Cox 7 |
| 38. | MudTech Services, Environmental Solutions Group, Marketing Authorization From [sic], 5-17-13 (MudTech [Menefee]  000028) | Cox 8 |
| 39. | MudTech Services Consultant  Information Form (MudTech [Menefee] 000030 - 33) | Cox 9 |
| 40. | Invoices related to Halliburton  Mud Plant, 5-22-13 to 5-30-16 (MudTech [Menefee] 00003958 -3962) | Cox 10 |
| 41. | Invoices related to Halliburton Mud Plant, 6-2-13 to 6-6-13 (MudTech [Menefee] 00003967 - 3971) | Cox 11 |
| 42. | Invoices related to BHP Billiton Rives-Pawelek A1H, 6-7-13 to 6-11-13 (MudTech [Menefee] 00003963 - 3966) | Cox 12 |
| 43. | Invoices related to Halliburton Brown Trusts Unit 2-1H, 7-4-13 to | Cox 13 |

|  | Description | Depo Ex. |
|---|---|---|
|  | 7-6-13 (MudTech [Menefee] 00003972 - 3974) |  |
| 44. | Curriculum Vitae (Cox, T. · 000001 - 4) | Cox 15 |
| 45. | 2013 Form 1099-MISC (MudTech [Menefee] 00014413) | Cox 16 |
| 46. | Consent to Become a Party Plaintiff | Fernandez 52 |
| 47. | MudTech Services Consultant Agreement  dated August 13, 2012, (MudTech 000075-78) | Fernandez 53 |
| 48. | MudTech Services Consultant Agreement dated August 13, 2013, (MudTech 000067-70) | Fernandez 54 |
| 49. | MudTech Services Billing Procedures dated August 13, 2012, (MudTech 00008) | Fernandez 55 |
| 50. | Form W-9 dated August 13, 2012, (MudTech 000101) | Fernandez 56 |
| 51. | MudTech Services Consultant Information Form, (MudTech 000091-92) | Fernandez 57 |
| 52. | MudTech Services Consultant Information Page, (MudTech 000079-80) | Fernandez 58 |
| 53. | Texas Department of Insurance, Division of Workers' Compensation, Agreement Between General Contractor and Subcontractor  to Establish Independent Relationship,  (MudTech 000094) | Fernandez 59 |
| 54. | Form 1099 for 2012 (of Ubaldo Fernandez, Jr.) | Fernandez 60 |
| 55. | Form 1099 for 2013  (of Ubaldo Fernandez, Jr.) | Fernandez 61 |
| 56. | Vendor Activities, 17 February 12, 2016, (MudTech [Menefee] 00014411-12) | Fernandez 62 |
| 57. | Purchase Invoice dated 8/15/2012, (MudTech [Menefee] 00004150-54) | Fernandez 63 |
| 58. | Purchase Invoice dated 5/15/2013, (MudTech [Menefee] 00004164-66) | Fernandez 64 |
| 59. | Consent to Become a Party Plaintiff | Gil 1 |

| | Description | Depo Ex. |
|---|---|---|
| 60. | HSE Rig Pass Orientation card | Gil 2 |
| 61. | Photocopy of licenses and Social Security Card (of Richard Gil) | Gil 3 |
| 62. | MudTech Services Personal and Confidential Consultant Agreement | Gil 4 |
| 63. | Plaintiff Richard Gil's Second Supplemental Objections and Answers to Defendant MudTech Services, L.P.'s First Set of Interrogatories | Gil 5 |
| 64. | Contract | Hancock 3 |
| 65. | Billing Procedures | Hancock 6 |
| 66. | Consultant Agreement | Hancock 10 |
| 67. | Consent to Become Party Plaintiff | Hebert 17 |
| 68. | Email String | Hebert 18 |
| 69. | Email String | Hebert 19 |
| 70. | Personal and Confidential Consultant Agreement | Hebert 20 |
| 71. | Billing Procedures | Hebert 21 |
| 72. | Marketing Authorization Form | Hebert 22 |
| 73. | Dwayne Hebert's W-9 | Hebert 23 |
| 74. | Dwayne Hebert Consulting, LLC W-9 | Hebert 24 |
| 75. | State of Louisiana Secretary Of State Document | Hebert 25 |
| 76. | Consultant Agreement | Hebert 26 |
| 77. | Consultant Information  Form | Hebert 27 |
| 78. | Training Academy Cards | Hebert 28 |
| 79. | Contractor Electronic Payment Information | Hebert 29 |
| 80. | Consultant Invoice Information | Hebert 30 |
| 81. | Consultant Invoice Information | Hebert 31 |

|  | Description | Depo Ex. |
|---|---|---|
| 82. | Email String | Hebert 32 |
| 83. | Email String | Hebert 33 |
| 84. | Facebook Website | Hebert 34 |
| 85. | Facebook Website | Hebert 35 |
| 86. | LinkedIn Website | Hebert 36 |
| 87. | MudTech Services Personal and Confidential Consultant Agreement | Keezel 2 |
| 88. | MudTech Environmental Services Group Consultant Agreement | Keezel 3 |
| 89. | MudTech Services Marketing Authorization Form | Keezel 7 |
| 90. | Agreement Between General Contractor and Subcontractor to Establish Independent Relationship Agreement signed 4/8/13 | Keezel 9 |
| 91. | Contractor Electronic Payment Information | Keezel 10 |
| 92. | Notice of Consent | LaFosse 1 |
| 93. | Consultant Agreement (MudTech 000153 – 156 [Menefee]) | LaFosse 2 |
| 94. | Marketing Authorization Form (MudTech 000158 [Menefee]) | LaFosse 3 |
| 95. | Consultant Information Form (MudTech 000161 – 162 [Menefee]) | LaFosse 4 |
| 96. | Resume of Stephen LaFosse (MudTech 0008645 [Menefee]) | LaFosse 5 |
| 97. | Plaintiff Stephen LaFosse Sr's First Supplemental Objections and Answers to Defendant MudTech Services LP's First Set of Interrogatories. | LaFosse 6 |
| 98. | Consent to Become a Party Plaintiff | Malveaux 1 |
| 99. | Plaintiff Leo Malveaux's Objections and Responses to Defendant MudTech Services, L.P.'s  First Set of Requests For Production | Malveaux 2 |
| 100. | Consultant Information Form (MudTech [Menefee] 000224) | Malveaux 3 |
| 101. | Resume (of  Leo Malveaux) | Malveaux 4 |

| | Description | Depo Ex. |
|---|---|---|
| 102. | Consultant Agreement (MudTech [Menefee] 000205-000208) | Malveaux 7 |
| 103. | Agreement Between General Contractor and Subcontractor to Establish Independent Relationship (MudTech [Menefee] 000216) | Malveaux 8 |
| 104. | Consultant Agreement  (MudTech [Menefee] 000226-000227) | Malveaux 9 |
| 105. | 2013 Form 1099-MISC  (MudTech [Menefee] 00014430) | Malveaux 10 |
| 106. | 2014 Form 1099-MISC (MudTech [Menefee] 00014431) | Malveaux 11 |
| 107. | Vendor Activities dated 2/12/16 (MudTech [Menefee] 00014389-00014390) | Malveaux 12 |
| 108. | Declaration of Independent Contractor Status Form (MudTech [Menefee] 000219) | Malveaux 13 |
| 109. | Form W-9 (MudTech [Menefee] 000214) | Malveaux 14 |
| 110. | Marketing Authorization Form dated 7/15/13  (MudTech [Menefee] 000223) | Malveaux 15 |
| 111. | Plaintiff Leo Malveaux's First Supplemental Objections and Answers to Defendant MudTech Services, L.P.'s First Set of Interrogatories | Malveaux 16 |
| 112. | Plaintiff Leo Malveaux's Objections and Answers to Defendant MudTech Services, L.P.'s First Set of Interrogatories | Malveaux 17 |
| 113. | 04-30-2007 Personal and Confidential Consultant Agreement (MudTech 000257 - 000260 [Menefee]) | Menefee 37 |
| 114. | 04-30-2007 Personal and Confidential Incorporated/Entity Consultant Agreement (MudTech 000245 - 000248 [Menefee]) | Menefee 38 |
| 115. | 04-30-2007 Personal and Confidential Consultant Agreement (MudTech 000267 - 000270 [Menefee]) | Menefee 39 |
| 116. | Texas Department of Insurance, Division of Workers' Compensation Agreement Between General Contractor  and Subcontractor to Establish Independent Relationship, Notice of Agreement  01/01/2011-12/31/2011 (MudTech 000249 [Menefee]) | Menefee 40 |
| 117. | Declaration of Independent Contractor Status Form  Page 2 of 2 | Menefee 41 |

| | Description | Depo Ex. |
|---|---|---|
| 118. | 10-11-2011 Billing Procedures (MudTech 000264 [Menefee]) | Menefee 42 |
| 119. | 10-11-2011 Marketing Authorization Form (MudTech 000261 [Menefee]) | Menefee 43 |
| 120. | James Menefee resume (MudTech 000254 [Menefee]) | Menefee 44 |
| 121. | MudTech Services Environmental Solutions Group resume of James Menefee ESG Consultant (MudTech  000252 [Menefee]) | Menefee 45 |
| 122. | 10-11-2012 W-9 of James Menefee (MudTech 000265 [Menefee]) | Menefee 46 |
| 123. | Consultant Information Form (MudTech 000255 – 000256 [Menefee]) | Menefee 47 |
| 124. | 01-15-2012 Purchase Invoice 011512 (MudTech [Menefee] 00010843 - 00010848) | Menefee 48 |
| 125. | 01-31-2012 Purchase Invoice 013112 (MudTech [Menefee] 00010850 - 00010858) | Menefee 49 |
| 126. | 02-15-2012 Purchase Invoice 021512 (MudTech [Menefee] 00010859 - 00010866) | Menefee 50 |
| 127. | 02-29-2012 Purchase Invoice 022912 (MudTech [Menefee] 00010867 - 00010876) | Menefee 51 |
| 128. | Personal and Confidential Consultant Agreement | Stavinoha 1 |
| 129. | Personal and Confidential Incorporated/Entity Consultant Agreement | Stavinoha 2 |
| 130. | Environmental Services Group Consultant Agreement | Stavinoha 3 |
| 131. | MudTech Consultant Information Form | Stavinoha 4 |
| 132. | MudTech Services Environmental Solutions Group Marketing Authorization Form | Stavinoha 5 |
| 133. | MudTech Services Environmental Solutions Group Motor Vehicle/Consumer Report Authorization Form | Stavinoha 6 |
| 134. | Consultant Invoice Information | Stavinoha 8 |
| 135. | Collection of invoices | Stavinoha 13 |

| | Description | Depo Ex. |
|---|---|---|
| 136. | Invoice to Marquis Alliance Energy Group from John Dansby | Stavinoha 14 |
| 137. | Purchase Invoice to MudTech Services from John Dansby | Stavinoha 15 |
| 138. | Invoice to Environmental Drilling Solutions From John Dansby | Stavinoha 16 |
| 139. | Purchase Invoice from Tony Cox to MudTech Services, LP | Stavinoha 17 |
| 140. | Invoice to MI Swaco from Ubaldo Fernandez MudTech Services | Stavinoha 21 |
| 141. | Notice of Consent | Trahan 1 |
| 142. | Plaintiff Travis Trahan's Objections and Answers to Defendant Mudtech Services, L.P.'s First Set of Requests for Production | Trahan 2 |
| 143. | Vendor Activities - February 12, 2016 | Trahan 3 |
| 144. | Consultant Information Form | Trahan 4 |
| 145. | E-mails between Tyler Cherry and Travis Trahan | Trahan 5 |
| 146. | Consultant Agreement  singed 6/3/13 (of Travis Trahan) | Trahan 7 |
| 147. | Billing Procedures | Trahan 8 |
| 148. | Form W-9 (of Travis Trahan) | Trahan 9 |
| 149. | Marketing Authorization Form | Trahan 10 |
| 150. | Consultant Agreement signed 6/26/14 (of Travis Trahan) | Trahan 15 |
| 151. | Supervisor's First Report of Incident | Trahan 16 |
| 152. | 2013 Form 1099-MISC (of Travis Trahan) | Trahan 17 |
| 153. | 2013 1040 tax return(of Travis Trahan) | Trahan 18 |
| 154. | 2014 Form 1099-MISC (of Travis Trahan) | Trahan 19 |
| 155. | 2014 1040 tax return (of Travis Trahan) | Trahan 20 |

Defendant MudTech reserves the right to supplement or amend this list of documents to the extent allowed by Fed. R. Civ. P. 26 and other applicable law.

Dated: August 14, 2017

Of Counsel:

David O'Neil
Texas Bar No. 15284715
Federal I.D. No. 6378
DOneil@ntglobal.com
1030 Regional Park Dr.
Houston, Texas 77060
281.951.4330 (Telephone)
281.951.8719 (Fax)
DOneil@ntglobal.com

Terrence H. Murphy
S.D. Tex. ID No. 2936116
Brian M. Hentosz
S.D. Tex. ID No. 2533347
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
Phone:  (412) 201-7621/7676
Fax:  (412) 291-1241
tmurphy@littler.com
bhentosz@littler.com

Respectfully submitted,


 */s/ Kerry E Notestine*
Kerry E Notestine (Attorney-in-Charge)
State Bar No. 15116950
Federal ID No. 2423
LITTLER MENDELSON, PC
1301 McKinney Street
Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)
knotestine@littler.com

**ATTORNEYS FOR DEFENDANT
MUDTECH SERVICES, L.P.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendant MudTech Services, LP's Pretrial Disclosures was served on the following counsel of record via the Court's ECF system on August 14, 2017:

Michael A. Josephson
Andrew Dunlap
Lindsay R. Itkin
JOSEPHSON DUNLAP LAW FIRM
11 Greenway Plaza, Suite 3050
Houston, Texas 77046

Richard J. (Rex) Burch
Matt Parmet
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046

*/s/ Kerry E Notestine*
Kerry E Notestine